# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIO CESAR GARCIA BANDERAS ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **1:25–CV–01529–JDP** |
| **GOLDEN STATE ANNEX ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/13/2026 .**

ENTERED: **January 13, 2026**     /s/ **Keith Holland**
                                                        Clerk of Court